[2] Instead of amending the judgment by eliminating the provision with reference to the giving of the bond, the entire judgment will be reversed. It is possible that the forfeiture would not have been adjudged, except as the predicate for a bond. We prefer that the questions of law and fact involved in the forfeiture, under the assumption that title 7 is alone applicable, should be primarily determined by the trial court.

The judgment is therefore reversed, and the cause remanded.

Reversed and remanded.

---

### LEITNER et al. v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit. November 15, 1918.)

#### No. 3208.

APPEAL AND ERROR ☞554(3)—BILL OF EXCEPTIONS—NECESSITY.
   Where there was no bill of exceptions, and no error appeared in the record, judgment must be affirmed on writ of error.

In Error to the District Court of the United States for the Western District of Texas; W. R. Smith, Judge.

Proceeding between William Leitner and another and the United States. There was a judgment for the United States and Leitner and another bring error. Affirmed.

Hugh R. Robertson, U. S. Atty., of San Antonio, Tex., and W. H. Fryer, Asst. U. S. Atty., of El Paso, Tex.

Before WALKER and BATTS, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. There is no bill of exceptions in this case, and we discover no error in the record.

The judgment is affirmed.

---

### NATIONAL METAL MOLDING CO. v. TUBULAR WOVEN FABRIC CO.

(Circuit Court of Appeals, First Circuit. November 14, 1917.)

#### No. 1288.

PATENTS ☞328—INFRINGEMENT—FLEXIBLE ELECTRICAL CONDUIT.
   A modified structure of defendant held, in a supplemental bill, not to infringe the Osborn patent, No. 652,806, for flexible electrical conduit, as construed in the original case.

Appeal from the District Court of the United States for the District of Rhode Island; Arthur L. Brown, Judge.

Suit by the National Metal Molding Company against the Tubular Woven Fabric Company. On supplemental bill. Decree for defendant, and complainant appeals. Affirmed.

For opinion below, see 248 Fed. 526.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes